## GAINES *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 92, September Term, 1963.]

*Decided January 9, 1964.*

Before the full Court.

Per Curiam.

For the reasons set forth in the opinion of Judge Harlan in the lower court, the application for leave to appeal is denied.

*Application denied.*